**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1574**

HASAAN REKEEM HAGLER,

            Plaintiff - Appellant,

      v.

WSAZ NEWS CHANNEL,

            Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:19-cv-00545)

Submitted:  August 25, 2020                    Decided:  August 27, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hasaan Rekeem Hagler, Appellant Pro Se.  Charles David Tobin, BALLARD SPAHR, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hasaan Rekeem Hagler appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendant's motion to dismiss Hagler's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hagler v. WSAZ News Channel*, No. 3:19-cv-00545 (S.D.W. Va. Apr. 1, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*